No. 87–5590.   Brown v. Georgia.   C. A. 11th Cir.   Certiorari denied.

No. 87–5608.   In re Kochel.   C. A. 4th Cir.   Certiorari denied.

No. 87–5610.   Wesley v. Michigan.   Sup. Ct. Mich.   Certiorari denied.

No. 87–5611.   Del Rio v. Dugger, Secretary, Florida Department of Corrections.   C. A. 11th Cir.   Certiorari denied.

No. 87–5612.   Trotz v. Pennsylvania Public School Employees Retirement Board et al.   C. A. 3d Cir.   Certiorari denied.

No. 87–5614.   Davis v. United States.   C. A. 4th Cir.   Certiorari denied.

No. 87–5615.   Harpool v. Kentucky.   Ct. App. Ky.   Certiorari denied.

No. 87–5622.   Bougher v. University of Pittsburgh et al.   C. A. 3d Cir.   Certiorari denied.

No. 87–5623.   Easter v. Allsbrook et al.   C. A. 4th Cir.   Certiorari denied.

No. 87–5624.   August v. City of Los Angeles et al.   C. A. 9th Cir.   Certiorari denied.

No. 87–5626.   Becker v. Burger King Corp.   C. A. 2d Cir.   Certiorari denied.

No. 87–5629.   Tristan v. Texas.   Ct. App. Tex., 3d Dist.   Certiorari denied.

No. 87–5630.   Thomas v. Newsome, Warden.   C. A. 11th Cir.   Certiorari denied.

No. 87–5631.   Schuette, aka Agelini v. Giesen.   C. A. 7th Cir.   Certiorari denied.

No. 87–5632.   Mingledolph v. McKean, Chairman of the Postal Board, et al.   C. A. 7th Cir.   Certiorari denied.